Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:18-cv-05690-MMC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
| vs. | |
| FILLMORE STREET INVESTORS, LLC dba ROAM ARTISAN BURGERS, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Fillmore Street Investors, LLC dba Roam Artisan Burgers; and Lupe Sanchez, as Trustee of the Lupe Sanchez Family Trust, dated October 2, 2003 (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before January 2, 2019 (Dkt. 4).

3. Counsel for the Parties is unavailable to conduct the joint site inspection prior to the January 2, 2019 deadline.

4. The Parties have agreed to conduct the joint site inspection on January 11, 2019 at 11:00 a.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to January 11, 2019, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: December 11, 2018                MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Francisca Moralez

///

///

STIPULATION TO CONTINUE DEADLINE FOR JOINT SITE INSPECTION; [PROPOSED] ORDER

Page 2

Dated: December 11, 2018          ROGERS JOSEPH O'DONNELL

           */s/ Emily A. Weiser*
           Emily A. Weiser
           Attorney for Defendants,
           Fillmore Street Investors, LLC dba Roam Artisan Burgers; and Lupe Sanchez, as Trustee of the Lupe Sanchez Family Trust, dated October 2, 2003

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

           */s/ Tanya E. Moore*
           Tanya E. Moore
           Attorney for Plaintiff,
           Francisca Moralez

## [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to January 11, 2019, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: December 12, 2018      *[signature]*
                                             United States Senior District Judge